## STATE *v.* C. DEROSIER et al.

When a judgment of forfeiture has been rendered on a bail bond, in which there is no mention of any offence for which the principal was answerable, and it does not appear from the record that there was any indictment against him, the judgment will be reversed.

APPEAL from the District Court of the Parish of St. Landry, *Martel*, J. *P. D. Hardy*, for the State. *J. E. King*, for defendants and appellants.

VOORHIES, J. This is an appeal from a judgment of forfeiture of a bail bond. The error assigned by the appellant is, " that the judgment was rendered without evidence, there being no statement of facts, no indictment, and no offence mentioned."

On a perusal of the bond, we find that there is no mention made of any offence for which the defendant was answerable; and, although the Clerk certifies that the record contains all the documents and evidence in the case, yet there appears to be no indictment against the appellant. *State* v. *Cooper*, 3 An. 225.

It is, therefore, ordered and decreed, that the judgment of forfeiture be avoided and reversed, as in case of nonsuit.